# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 13, 2018

158326 & (11)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JEFFREY ALAN STOLTZ,
     Defendant-Appellant.

SC: 158326
COA: 344983
Kent CC: 18-003731-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 13, 2018



Clerk

t0911